IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD BROWN and VALERIE SALVATORE, | ) ) ) | Civil Action No. 2:23-cv-00270 |
| Plaintiffs, | ) ) | HONORABLE MARILYN J. HORAN |
| v. | ) ) ) | |
| CITY OF NEW CASTLE, ERIC RITTER, in his official and individual capacity, SEAN ANDERSON, in his official and individual capacity, and NICK MASCIO, in his official and individual capacity, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## **STIPULATION OF DISMISSAL**

COMES NOW the parties, by their undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal with prejudice of this civil action.  The parties will bear their own costs.

Respectfully submitted,

LAW OFFICE OF                                    LAW OFFICES OF JOEL SANSONE
WILLIAM J. FERREN & ASSOCIATES

s/ Francis D. Wymard                            s/Joel S. Sansone
Francis D. Wymard, Esquire                  Joel S. Sansone, Esquire
                                                            Massimo A. Terzigni, Esquire
                                                            Elizabeth A. Tuttle, Esquire


*Counsel for Defendants*                        *Counsel for Plaintiffs*

112 Washington Place                            Two Gateway Center, Suite 1290
975 Two Chatham Center                        603 Stanwix Street
Pittsburgh, Pennsylvania 15219             Pittsburgh, Pennsylvania 15222

Dated: January 31, 2024