IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD BROWN and VALERIE SALVATORE, | ) ) ) | Civil Action No. 2:23-cv-00270 |
| Plaintiffs, | ) ) | HONORABLE MARILYN J. HORAN |
| v. | ) ) ) | |
| CITY OF NEW CASTLE, ERIC RITTER, in his official and individual capacity, SEAN ANDERSON, in his official and individual capacity, and NICK MASCIO, in his official and individual capacity, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**STIPULATION OF DISMISSAL**

COMES NOW the parties, by their undersigned counsel and pursuant to Rule

41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal with

prejudice of this civil action.  The parties will bear their own costs.

Respectfully submitted,

LAW OFFICE OF
WILLIAM J. FERREN & ASSOCIATES

LAW OFFICES OF JOEL SANSONE

s/ Francis D. Wymard
Francis D. Wymard, Esquire

s/Joel S. Sansone
Joel S. Sansone, Esquire
Massimo A. Terzigni, Esquire
Elizabeth A. Tuttle, Esquire

*Counsel for Defendants*

*Counsel for Plaintiffs*

112 Washington Place
975 Two Chatham Center
Pittsburgh, Pennsylvania 15219

Two Gateway Center, Suite 1290
603 Stanwix Street
Pittsburgh, Pennsylvania 15222

Dated: January 31, 2024

It is so ordered:

Marilyn J. Horan
United States District Court Judge